Ricardo HERBERT, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Dec. 21, 2004.

### ORDER

PER CURIAM.

AND NOW, this 21st day of December, 2004, probable jurisdiction is noted and the order appealed is affirmed.